1020

UNITED STATES, Libelant-Appellant, v. THE S. S. CONSTANTINOPLE, Otherwise Known as THE S. S. KING ALEXANDER, National Steamship Navigation Co., Ltd., of Greece, Claimant-Appellee.

No. 284.

Circuit Court of Appeals, Second Circuit.
Feb. 13, 1934.

Martin Conboy, U. S. Atty., of New York City (Mary R. Towle, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & Mc-Grann, of New York City (Delbert M. Tibbetts, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

UNITED STATES of America, ex rel. Isaac LEE SHUNE, Next Friend of Lee Wah Sung, Appellant, v. Edward CORSI, Commissioner of Immigration at the Port of New York, Appellee.

No. 332.

Circuit Court of Appeals, Second Circuit.
April 2, 1934.

James C. Thomas, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Ralph E. Stone, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America, Appellant, v. Wilson Battin HELLER, Appellee.

No. 7456.

Circuit Court of Appeals, Ninth Circuit.
April 9, 1934.

Peirson M. Hall, U. S. Atty., and Madison L. Hill, Attorney, Department of Justice, both of Los Angeles, Cal., for appellant.

James H. O'Neill, of Los Angeles, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America v. John T. KELLER.

No. 5125.

Circuit Court of Appeals, Seventh Circuit.
April 26, 1934.

Val Nolan, U. S. Atty., of Indianapolis, Ind., for the United States.

Noble J. Johnson, of Terre Haute, Ind., and Warren E. Miller, of Washington, D. C., for appellee.

Before ALSCHULER, EVANS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of the appellant, pursuant to stipulation, it is hereby ordered that the appeal heretofore taken on or about October 7, 1933, be, and the same is hereby, dismissed.